UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK, by BARBARA D. UNDERWOOD, Attorney General of the State of New York,<br><br>                                  Plaintiff,<br><br>-against-<br><br>DEBT RESOLVE, INC.;<br>HUTTON VENTURES, LLC;<br>PROGRESS ADVOCATES, LLC;<br>PROGRESS ADVOCATES GROUP, LLC;<br>STUDENT ADVOCATES, LLC;<br>STUDENT ADVOCATES GROUP, LLC;<br>STUDENT ADVOCATES TEAM, LLC;<br>STUDENT LOAN CARE, LLC;<br>STUDENT LOAN SUPPORT, LLC;<br>EQUITABLE ACCEPTANCE CORPORATION;<br>BRUCE BELLMARE; and<br>STANLEY E. FREMUTH,<br><br>                                 Defendants. | **NOTICE OF REMOVAL**<br><br>ECF CASE<br><br>Case No. _____ |

TO THE CLERK OF THE COURT:

    PLEASE TAKE NOTICE that Defendant, Equitable Acceptance Corporation ("EAC"), by and through its undersigned counsel, hereby remove the above-captioned action from the Supreme Court of the State of New York, County of New York, Index No. 451873-2018, to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, and, in support hereof, state as follows:

    1.  On September 20, 2018, Barbara D. Underwood, in her official capacity as Attorney General of the State of New York ("Attorney General"), filed a complaint against EAC and other defendants in the Supreme Court of the State of New York, County of New York, bearing Index No. 451873-2018 (the "State Court Action").

HC# 4844-8288-7289

2. The Attorney General sent a Summons and Complaint to EAC, together with a Statement of Service by Mail and Acknowledgement of Receipt by Mail of Summons and Complaint (Exhibit A), which EAC received on September 24, 2018.

3. As reflected in the docket for the State Court Action, the Attorney General served or has attempted service of the Summons and Complaint upon the following Defendants:

| Defendant | Docket Number for State Court Action | Exhibit |
|---|---|---|
| Debt Resolve, Inc. | NYSCEF Doc. No. 3:  Affidavit of Service | Exhibit B |
| Progress Advocates, LLC | NYSCEF Doc. No. 4:  Affidavit of Service | |
| Student Loan Care, LLC | NYSCEF Doc. No. 5:  Affidavit of Service | |
| Bruce Bellmare | NYSCEF Doc. No. 6:  Affidavit of Service | |
| Student Loan Care, LLC | NYSCEF Doc. No. 7:  Affidavit of Service | |
| Debt Resolve, Inc. | NYSCEF Doc. No. 8:  Affidavit of Service | |
| Progress Advocates Group, LLC<br>Student Advocates, LLC<br>Student Advocates Group, LLC<br>Student Advocates Team, LLC | NYSCEF Doc. No. 9:  Proof of Service | |
| Progress Advocates, LLC<br>Student Loan Care, LLC | NYSCEF Doc. No. 10:  Proof of Service | |
| Student Loan Support, LLC | NYSCEF Doc. No. 11:  Order Form | |
| Hutton Ventures, LLC | NYSCEF Doc. No. 12:  Proof of Service | |
| Student Loan Care, LLC | NYSCEF Doc. No. 13:  Proof of Service | |
| Stanley F. Freimuth | NYSCEF Doc. No. 14:  Statement of Service by Mail | |
| Equitable Acceptance Corporation | NYSCEF Doc. No. 15:  Statement of Service by Mail | |

4. In the complaint, the Attorney General alleges, in part, that EAC, as well as some or all of EAC's co-defendants have violated the following federal laws:

| Causes of Action Arising Under Federal Law | Complaint Allegations |
|---|---|
| Credit Repair Organizations Act ("CROA"), 15 U.S.C. § 1679 et seq. | Ninth and Tenth Causes of Action.  *See,* Complaint, ¶¶ 257-281. |
| Telemarketing Sales Rule, 16 C.F.R. § 310 et seq. | Eleventh and Twelfth Causes of Action.  *See,* Complaint, ¶¶ 282-318. |
| Truth in Lending Act, 15 U.S.C. § 1601 et seq. | Fifteenth Cause of Action.  *See,* Complaint, ¶¶ 354-364. |

5. For such alleged violations, the Attorney General seeks: injunctive and declaratory relief as well as restitution to allegedly injured persons, disgorgement of profits, civil penalties, costs and other relief to be determined by the Court. *See,* Complaint, at 70-71.

6. EAC seeks removal of the State Court Action to this Court pursuant to 28 U.S.C. § 1441(a) because this is an action over which this Court would have original federal question jurisdiction.

7. This Notice of Removal is filed within "30 days after the receipt by [EAC], through service or otherwise, of a copy of the initial pleading" and is, therefore, timely-filed pursuant to 28 U.S.C. § 1446(b)(1).

8. EAC has obtained consent to removal from all co-defendants:

| Defendant | Exhibit |
| --- | --- |
| Hutton Ventures, LLC | Exhibit C |
| Student Loan Support, LLC | Exhibit D |
| Progress Advocates Group, LLC<br>Student Advocates, LLC<br>Student Advocates Group, LLC<br>Student Advocates Team, LLC | Exhibit E |
| Debt Resolve, Inc.<br>Progress Advocates, LLC<br>Student Loan Care, LLC<br>Bruce Bellmare<br>Stanley E. Freimuth | Exhibit F |

9. EAC will, pursuant to 28 U.S.C. § 1446(d), promptly give written notice of this Notice of Removal to the Attorney General's counsel of record, co-defendants, and will file a copy of this Notice of Removal with the clerk of the state court in which the State Court Action is pending.

WHEREFORE, Equitable Acceptance Corporation requests that this civil action be removed from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York.

| | |
|---|---|
| Dated: New York, New York<br>October 24, 2018 | Respectfully submitted,<br><br>BRESSLER, AMERY & ROSS, P.C.,<br><br>  /s/ David J. Libowsky  <br>David J. Libowsky (dlibowsky@bressler.com)<br>17 State Street, 34th Floor<br>New York, New York 10004<br>212-425-9300<br>Ph: 212-425-1200<br><br>Counsel for Defendant, Equitable Acceptance Corporation |

4

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 24, 2018, pursuant to Local Rule 5.3, service was made by overnight delivery service to the following:

>Melvin L. Goldberg
>Assistant Attorney General
>Bureau of Consumer Frauds and Protection
>28 Liberty Street
>New York, NY 10005

>/s/ David J. Libowsky
>David J. Libowsky