# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▾

| | | |
|---|---|---|
| People of the State of New York | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   18-cv-09812 |
| Debt Resolve, Inc. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The People of the State of New York, by Barbara D. Underwood, Attorney General of the State of New York   .

Date:      10/26/2018

S/ Stewart Dearing
*Attorney's signature*

Stewart Dearing  (NY - 5108444; SDNY - SD1985)
*Printed name and bar number*
Office of the New York Attorney General
28 Liberty Street
New York, NY 10005

*Address*

Stewart.Dearing@ag.ny.gov
*E-mail address*

(212) 416-8320
*Telephone number*

(212) 416-6003
*FAX number*