# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| The People of the State of New York ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:18-cv-09812-AJN |
| Debt Resolve, Inc. et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Equitable Acceptance Corporation                .

Date: 10/29/2018

/s/ Allen H. Denson
*Attorney's signature*

Allen H. Denson (D.C. Bar No. 999210)
*Printed name and bar number*
Hudson Cook, LLP
1909 K Street, NW, 4th Floor
Washington, DC 20006

*Address*

adenson@hudco.com
*E-mail address*

(202) 327-9718
*Telephone number*

(202) 223-6935
*FAX number*