UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK, by
BARBARA D. UNDERWOOD, Attorney General of     CIVIL ACTION NO.:
the State of New York,     18-CV-09812-AJN

                                               Plaintiff(s),

-against-

DEBT RESOLVE, INC.; et. al.

                                               Defendant(s).
-------------------------------------------------------------------X

## DEFENDANT DEBT RESOLVE, INC.'S, BRUCE BELLMARE'S AND STANLEY E. FREIMUTH'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

**PLEASE TAKE NOTICE**, that upon the annexed Memorandum of Law, the Declaration of Eric T. Krejci, and upon all the pleadings and proceedings had herein, Defendants Debt Resolve, Inc., Bruce Bellmare and Stanley E. Freimuth, by and through the undersigned counsel, move this Court before the Honorable Alison J. Nathan, United States District Judge, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Second Amended Complaint filed by The People of The State of New York, by Barbara D. Underwood, Attorney General of the State of New York for failing to state a claim upon which relief can be granted against Defendants Debt Resolve, Inc., Bruce Bellmare and Stanley E. Freimuth, and for such other relief as the Court deems just and proper.

Dated: New York, New York
       January 25, 2019

                                                        CLAUSEN MILLER P.C.

                                              By: _____
                                                    Eric T. Krejci, Esq.

465565.1

Carl M. Perri, Esq.
*Attorneys for Defendants*
*Debt Resolve, Inc., Bruce Bellmare and*
*Stanley E. Freimuth*
28 Liberty Street, 39th Floor
New York, New York 10005
212.805.3900

465565.1

# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on January 25, 2019 with a copy of this document via the Court's CM/ECF system.

/s/ <u>*Eric T. Krejci*</u>
Eric T. Krejci

465565.1