UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK, by
BARBARA D. UNDERWOOD, Attorney General of
the State of New York,

CIVIL ACTION NO.:
18-CV-09812-AJN

Plaintiff(s),

-against-

DEBT RESOLVE, INC.; et. al.

Defendant(s).
---------------------------------------------------------------------X

## DEFENDANT PROGRESS ADVOCATES, LLC.'S AND STUDENT LOAN CARE, LLC'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

**PLEASE TAKE NOTICE**, that upon the annexed Memorandum of Law and upon all the pleadings and proceedings had herein, Defendants Progress Advocates, Inc. and Student Loan Care, LLC, by and through the undersigned counsel, move this Court before the Honorable Alison J. Nathan, United States District Judge, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Second Amended Complaint filed by The People of The State of New York, by Barbara D. Underwood, Attorney General of the State of New York for failing to state a claim upon which relief can be granted against Defendants Progress Advocates, Inc. and Student Loan Care, and for such other relief as the Court deems just and proper.

Dated: New York, New York
      January 25, 2019

CLAUSEN MILLER P.C.

By: _____
Eric T. Krejci, Esq.
Carl M. Perri, Esq.

*Attorneys for Defendants
Progress Advocates, LLC and Student Loan
Care LLC*
28 Liberty Street, 39th Floor
New York, New York 10005
212.805.3900

468394.1

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on January 25, 2019 with a copy of this document via the Court's CM/ECF system.

/s/ *Eric T. Krejci*
Eric T. Krejci

468394.1