UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK, by BARBARA D. UNDERWOOD, Attorney General of the State of New York,<br><br>      Plaintiff,<br><br>      v.<br><br>HUTTON VENTURES, LLC; PROGRESS ADVOCATES, LLC; PROGRESS ADVOCATES GROUP, LLC; STUDENT ADVOCATES, LLC; STUDENT ADVOCATES GROUP, LLC; STUDENT ADVOCATES TEAM, LLC; STUDENT LOAN CARE, LLC; STUDENT LOAN SUPPORT LLC; EQUITABLE ACCEPTANCE CORPORATION; BRUCE BELLMARE; and STANLEY E. FREUMUTH,<br><br>      Defendants. | Civil Action No.: 18-cv-09812-AJN<br><br>**NOTICE OF MOTION** |

**TO:**  Melvin L. Goldberg, Esq.
    Office of the New York State Attorney General
    28 Liberty Street
    New York, NY 10005
    *Attorneys for Plaintiff*

    Eric Thomas Krejci, Esq.
    Clausen Miller P.C.
    28 Liberty Street Fl 39
    New York, NY 10005
    *Attorneys for Defendant Progress Advocates, LLC, Student Loan Care, LLC, Bruce Bellmare, Stanley E. Freimuth, and Debt Resolve, Inc.*

    Adel James Chareq, Esq.
    Hudson Cook, LLP
    1909 K Street NW
    Washington, DC 20006
    *Attorneys for Defendant Equitable Acceptance Corp.*

**PLEASE TAKE NOTICE** that at a date and time to be determined by the Court, the undersigned, attorneys for Defendants Progress Advocates Group, LLC, Student Advocates Group, LLC, Student Advocates Team, LLC and Student Loan Support, LLC (collectively "Defendants") will move before the United States District Court for the Southern District of New York, located at 100 State Street, Rochester, New York 14614, before Honorable Alison J. Nathan, United States District Judge, for an Order granting Defendants' Motion to Dismiss; and

**PLEASE TAKE FURTHER NOTICE** that Defendants shall rely upon the enclosed Brief in Support of the Motion and the Certification of Peter G. Siachos, Esq., with exhibit, in support of the within application.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted with this motion.

Defendants respectfully requests oral argument if opposition is timely filed.

Dated: March 8, 2019
New York, New York

    **GORDON REES SCULLY MANSUKHANI LLP**
    *Attorneys for Defendants*
    *Progress Advocates Group, LLC,*
    *Student Advocates Group, LLC,*
    *Student Advocates Team, LLC, and*
    *Student Loan Support, LLC*

    By:   */s/ Peter G. Siachos*
           Peter G. Siachos, Esq.
           Matthew P. Gallo, Esq.

    One Battery Park Plaza, Floor 28
    New York, NY 10004
    Tel: (973) 549-2500
    Fax: (973) 377-1911
    E-mail: psiachos@grsm.com
    E-mail: mgallo@grsm.com