UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK,

                          Plaintiff,

          -against-

DEBT RESOLVE INC, et al.,

                        Defendants.

------------------------------------------------------------------X

18-CV-09812 (AJN)(SN)

**DISCOVERY CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2020

**SARAH NETBURN, United States Magistrate Judge:**

      A discovery conference is scheduled on Thursday, February 13, 2020, at 12:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The purpose of the conference is to discuss the parties' requests for extensions of the discovery deadlines. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     February 3, 2020
               New York, New York