

**CLAUSEN MILLER P.C.**
CHICAGO, IL
NEW YORK
CALIFORNIA
NEW JERSEY
INDIANA
WISCONSIN
CONNECTICUT
FLORIDA
**CLAUSEN MILLER LLP**
LONDON, ENGLAND

**CMI CLAUSEN MILLER INTERNATIONAL**
Clausen Miller LLP, LONDON
Clausen Miller P.C.
Grenier Avocats, PARIS
Studio Legale Corapi, ROME
van Cutsem-Wittamer-Marnef & Partners, BRUSSELS
Wilhelm Partnerschaft von Rechtsanwälten mbB, DÜSSELDORF

Attorneys at Law            28 Liberty Street, 39th Floor • New York, NY 10005 • www.clausen.com
                                                Tel: 212.805.3900 • Fax: 212.805.3939

**Eric T. Krejci, Esq.**
**Direct Line:**      212.805.3913
**E-mail:**           ekrejci@clausen.com

February 5, 2020

<u>**VIA EMAIL**</u>
The Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:   ***The People of the State of New York, by the Attorney General of the State of New York v. Debt Resolve, Inc., et. al.***
> Case Number:       1:18-cv-09812
> Our File Number:   28-3676-00-5

Dear Judge Netburn:

      This firm represents Defendants Debt Resolve, Inc., Progress Advocates, LLC, Student Loan Care, LLC, Bruce Bellmare and Stanley E. Freimuth in the above-referenced action (collectively, the "Debt Resolve Defendants"). We are writing to advise the Court that voluntary Chapter 11 bankruptcy petitions were filed on behalf of Debt Resolve, Inc., Progress Advocates, LLC and Student Loan Care, LLC in the United States Bankruptcy Court for the Southern District of New York. The following case numbers were assigned:

- Progress Advocates – 20-22187
- Student Loan Care – 20-22186
- Debt Resolve – 20-22191

      Based on the filing of these petitions, the automatic stay implicated by 11 U.S.C. 362(a) operates as a stay of this action. The Debt Resolve Defendants respectfully request that the docket be updated to reflect this stay.

                            Respectfully Submitted,

                            Eric T. Krejci (ETK3172)

6454223.1



February 5, 2020
Page 2

> Clausen Miller PC
> 28 Liberty Street, 39th Floor
> New York, New York 10005
> Phone (212) 805-3900
> ekrejci@clausen.com
> *Attorneys for Defendants*
> *Debt Resolve, Inc.,*
> *Progress Advocates, LLC,*
> *Student Loan Care, LLC,*
> *Bruce Bellmare, and Stanley E. Freimuth*