USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2020

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

**PEOPLE OF THE STATE OF NEW YORK,**

                            **Plaintiff,**

          **-against-**

**DEBT RESOLVE, INC., et al.,**

                            **Defendants.**

-----------------------------------------------------------------X

**18-cv-09812 (AJN)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On February 5, 2020, Defendants Debt Resolve, Inc., Progress Advocates, LLC, Student Loan Care, LLC, Bruce Bellmare and Stanley E. Freimuth (collectively, the "Debt Resolve Defendants") filed a letter indicating that the corporate defendants had filed Chapter 11 bankruptcy petitions in the Southern District of New York. See ECF No. 133. The Debt Resolve defendants requested that the docket be updated to reflect that an automatic stay applied to the debtor Defendants in this action pursuant to 11 U.S.C. § 362(a). The next day, the Office of the Attorney General ("NYAG") filed a letter in response, arguing that the filing of Defendants' Chamber 11 petitions does not operate as a stay because a governmental unit is suing to protect the public. See ECF No. 134 (citing 11 U.S.C. § 362(b)(4)).

By February 14, 2020, the NYAG is directed to seek a "comfort order" from the bankruptcy court pursuant to 11 U.S.C. § 362(j), confirming that the automatic stay does not apply to the

action against the debtor Debt Resolve Defendants. The NYAG shall file the comfort order with the Court within three days of receipt.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: February 11, 2020
New York, New York