UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK,

                         Plaintiff,                        18-CV-09812 (AJN)(SN)

       -against-                                 **ORDER**

DEBT RESOLVE INC, et al.,

                         Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

Due to a conflict in the Court's calendar, the discovery conference currently scheduled for Thursday, February 13, 2020, at 12:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, is RESCHEDULED for 2:30 p.m. that same day.

**SO ORDERED.**

                                                  _____
                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:     February 11, 2020
                 New York, New York