UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PEOPLE OF THE STATE OF NEW YORK,

                           Plaintiff,                          18-cv-09812 (AJN)(SN)

         -against-                                  **ORDER**

DEBT RESOLVE, INC., et al.,

                           Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Court has reviewed the parties' March 2, 2020 letters. The Court assumes that Defendants have produced the data collected from the CRM servers. If that has not happened, Defendants are ORDERED to produce such data no later than March 13, 2020.

      To the extent Defendants' letter can be interpreted as an extension of the discovery deadlines, to allow Defendants one and a half years to complete document review, that request is DENIED. The parties are ORDERED to continue negotiations regarding an agreement on the production of Electronically Stored Information ("ESI"). In addition to the use of technology-assisted review (TAR) software, and narrowing of search terms/dates/custodians, the parties should be discussing provisions that would allow Defendants to clawback privileged or other documents. As part of these negotiations, Defendants should also be providing hit reports.

      To the extent the parties have not reached agreement on an ESI protocol, by March 20, 2020, each side shall file a letter of no more than five pages, setting forth its position for the protocol and deadline to complete document discovery.

**SO ORDERED.**

DATED:     March 11, 2020
                New York, New York

                                                 SARAH NETBURN
                                                 United States Magistrate Judge