UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK,

                Plaintiff,

-against-

DEBT RESOLVE INC, et al.,

                Defendants.

-----------------------------------------------------------------X

18-CV-09812 (AJN)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

A telephone conference is scheduled for Wednesday, April 01, 2020, at 10:00 a.m. to discuss the parties' discovery deadline dispute as well as settlement in this case. The Court intends to continue settlement discussions, and therefore all decision makers should be on the call as well. The Court will provide dial-in information by email before the conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 30, 2020
               New York, New York